# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5239369 | RYAN | 2367 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 7/26/21  12:05 | 36 CFR 261.58a |

**Place of Offense:** Old Rte 66

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Camping longer than 14 days per Forest order 03-04-20-18

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Hendrick | Steven | G |

Street Address:

| City | State | Zip Code | Date of birth (mm/dd/yyyy) |
|---|---|---|---|
| Quartzsite | AZ | 85346 | /1970 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| — | | — | Unknown |

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: GRY   Eyes: BRO   Height: 6'1"   Weight: 180

### VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CMV ☐

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.
TBD

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 W San Francisco ST, Flagstaff AZ 86001
Date (mm/dd/yyyy): TBD
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
Previous edition is obsolete
*F5239369*
FS-5300-4 (1/2020)

21-04278-MJ-01-PCT-CDB



**USDA**
**FOREST SERVICE**

STATEMENT OF PROBABLE CAUSE

CASE NUMBER
*F5239369*
LOCATION CODE
*A51*

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 1824 S Thompson St, Flagstaff AZ 86046 |

Pursuant to 16 USC 551: On 07/26/2021, while exercising my duties as a United States Forest Service Law Enforcement Officer and Federal Land Management Officer, I (LEO Matthew Ryan #2367) was on uniformed patrol in my marked police vehicle within the boundaries of the Coconino National Forest, Flagstaff Ranger District, Coconino County, in the District of Arizona.

At approximately 11:50, I observed a blue van and white camper trailer set up approximately 100 yards north of Old Route 66, approximately 1.5 miles east of Bellemont, and entirely within the Coconino National Forest. I had taken photographs of this campsite at this location on July 11th, making the occupants in violation of the 14 day stay limit, per Forest Order 03-04-20-18. I had also observed this campsite to be present there from July 11-July 25 while on my normal patrol route.

As I was ending a contact with another group of campers in the area, an adult female approached me and stated something to effect she knew I was going to talk with her next about their campsite being over the 14 day stay limit. The female self-identified as Sandra, and was the wife of Steven Headrick, who she stated was in their RV at the time.

I informed Mrs. Headrick that I would be fair with them and only issue a warning for their 14 day stay violation, if they were reasonable with me and agreed to vacate the forest by the end of the day. I also explained to Mrs. Headrick I had previously contacted Mr. Headrick for the same violation, and that I could arrest him for this violation. She stated something to the effect of they weren't trying to cause trouble and hadn't vacated the site because they were worried about their vehicles becoming stuck in mud. I asked her to have Mr. Headrick come out from their RV so I could speak with them.

*Note: On 06/18/2021, I contacted Mr. Headrick in the same location because I had documented he had exceeded the 14 day stay limit on the forest. Mr. Headrick stated his camp had been there for more than 14 days; I educated Mr. Headrick on the 14 day stay regulation, and he agreed to vacate the Coconino National Forest. Mr. Headrick also stated something to the effect of he was volunteering for the Forest Service to pick up trash and believed he could camp indefinitely in the area. I asked him to produce a valid volunteer agreement stating he could camp for longer than 14 days, but he was unable to produce one. He also stated he was working under the direction of the Coconino National Forest volunteer coordinator. I contacted the volunteer coordinator, and the coordinator stated that Mr. Headrick was incorrect: Mr. Headrick was not a volunteer and did not have an agreement allowing him to stay for more than 14 days. When I informed Mr. Headrick of these facts, he became agitated and raised his voice, stating something to the effect of, there were many abandoned vehicles on the Forest but that somehow we had time to deal with him. Toward the end of the contact, I observed Mr. Headrick to be holding a large kitchen knife in his left hand as I spoke with him; I asked him to drop the knife, which he did. He then stated something to the effect of, I'm not trying to assault you, don't call anybody, Jesus Christ. National Park Service Law Enforcement Ranger Nick Poulos was present during this contact with Mr. Headrick.*

Mr. Headrick then exited the RV, and I identified myself as Law Enforcement Officer Ryan. I asked Mr. Headrick if I had previously spoken with him at this location, and he stated, "yeah I think". I asked Mr. Headrick if I had explained to him the 14 day stay limit on the Coconino National Forest. At this point, Mr. Headrick became agitated, raising his voice and stating that he couldn't leave now



**USDA**
**FOREST SERVICE**

**STATEMENT OF PROBABLE CAUSE**

CASE NUMBER
*F5239369*
LOCATION CODE
*A51*

---

because it was too muddy and he couldn't get stuck. I did not observe any weapons on Mr. Headrick's person at this time.

Mr. Headrick then began to walk back towards his RV, and I told him to stop as I was not done speaking with him. He stopped after several steps and faced me. I then asked Mr. Headrick for his photo identification, as I needed it to issue him a formal warning notice for exceeding the 14 day stay limit. Mr. Headrick stated, "you've already ID me". I again stated to Mr. Headrick that I needed his identification, and he said, "no sir you don't". I then ordered Mr. Headrick to face away from me, so I could handcuff him due to his non-compliance with my lawful requests. He made no effort to face away from me, and continued to face me directly, stating, "No, I'm not doing anything wrong, why are you giving me a hard time". I then directed him to get on the ground twice, and stated that he was under arrest. Mr. Headrick again refused my commands, made a dismissive motion towards me with both arms, and began to walk toward his RV.

Mr. Headrick subsequently actively and physically resisted my attempts to place him under arrest. He was able to enter his RV and refused to exit for approximately 40 minutes. Mr. Headrick was arrested on state felony charges by Coconino County Sheriff's Deputies, and booked into the Coconino County Jail in Flagstaff. I issued Mr. Headrick a mandatory court appearance Violation Notice for 36 CFR 261.58a, camping longer than 14 days per Forest Order 03-04-20-18, and left the Violation Notice with his personal property at the jail.

The foregoing is based upon:
x   My personal observations.
    My personal investigation.
    Information supplied to me from a fellow officer's observations.
    Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on 07/26/2021

Law Enforcement Officer
Matthew Ryan    *M Ryan* #2367

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

8/16/2021
*(Date)*

*(United States Magistrate-Judge)*