**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** October 6, 2022 |
| **USA v. Steven Glenn Headrick** | **Case Number:** 21-04278MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns by telephone
**Attorney for Defendant:** Matthew Poirier by telephone, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**STATUS HEARING:**
Defendant appears by telephone. Government informs the Court that the defendant has rejected all plea offers extended and the Government will not be filing any pretrial motions.
Defense Counsel advises the Court that the defendant is awaiting his felony trial in State Court and request bench trial be continued. The Government does not object to continuance.
Court ORDERS Bench Trial continued.

**Status Hearing** set for Tuesday, January 17, 2023 at 10:00 a.m. (Defendant may appear by telephone) and **Bench Trial** set for Thursday, January 26, 2023 at 10:00 a.m. (2 days) before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

Court orders parties to submit witness and exhibit lists to the Court on Monday, January 23, 2023 by 5:00 p.m.

**Recorded By** Courtsmart      SH     14 min
**Deputy Clerk** Christina Davison
                                                                          Start: 11:01 AM
                                                                          Stop:  11:15 AM